THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
Lovern Benn,       
Respondent,
 
 
 

v.

 
 
 
Gerald Lancaster, Sr. and Delores H. Lancaster,       
Defendants,
Of Whom Gerald Lancaster, Sr. is the       
Appellant.
 
 
 

Appeal From Richland County
Alison Renee Lee, Circuit Court Judge

Unpublished Opinion No. 2003-UP-055
Submitted November 20, 2002  Filed 
 January 16, 2003

AFFIRMED

 
 
 
Gerald Lancaster, Sr., of Columbia; for Appellant.
Lovern Benn, of Columbia; for Respondent.
 
 
 

PER CURIAM:  We affirm pursuant to Rule 
 220(b)(2), SCACR and the following authorities:  First Savings Bank v. McLean, 
 314 S.C. 361, 363, 444 S.E.2d 513, 514 (1994) (Appellant has abandoned his issues 
 where he fails to provide arguments or supporting authority for his assertion.  
 The party challenging the ruling below has the burden of showing error.); Fields 
 v. Melrose Ltd. Pship, 312 S.C. 102, 106 n.3, 439 S.E.2d 283, 285, n.3 
 (Ct. App. 1993) (An issue is deemed abandoned on appeal, and therefore, not 
 presented for review, if it is argued in a short, conclusory statement without 
 supporting authority.); Video Gaming Consultants, Inc. v. S.C. Dept of Revenue, 
 342 S.C. 34, 42 n.7, 535 S.E.2d 642, 646 n.7 (2000); Glasscock, Inc. v. U.S. 
 Fid. & Guar. Co., 348 S.C. 76, 81, 557 S.E.2d 689, 691 (Ct. App. 
 2001) (South Carolina law clearly states that short, conclusory statements 
 made without supporting authority are deemed abandoned on appeal and therefore 
 not presented for review.). [1] 
 AFFIRMED.
CONNOR, STILWELL, and HOWARD, JJ., concur.

 
 
 [1]           We decide this case without oral argument pursuant to Rule 
 215, SCACR.